1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MA DE JESUS DE AGAUJO, an individual,<br><br>           Plaintiff,<br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>           Defendants, | Case No.: 5:23-cv-00741-SHK<br><br>*Assigned to Magistrate Judge: Shashi H. Kewalramani*<br><br>[PROPOSED] ORDER OF DISMISSAL |

     Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, with the Court retaining jurisdiction over the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

DATE: 02/04/2025          By: _____
                                             Hon. Shashi H. Kewalramani,
                                             United States Magistrate Judge